UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60633-CIV-SMITH

VINCENT J. MORRIS, *et al.*,

    Plaintiffs,

vs.

PHH MORTGAGE CORPORATION, *et al.*,

    Defendants.

                                      /

## ORDER SETTING HEARING

It is **ORDERED that** a telephonic hearing is set for **October 29, 2020 at 1:00 p.m.** Counsel shall call the toll-free number 1-877-873-8018 from a landline phone five (5) minutes prior to the start of the hearing. Then, enter Access Code Number 9406706 followed by the pound (#) sign; to bypass the security code, press the star key (*); enter the conference and state your name and the name of the party you represent. At the hearing the Court will hear argument on the following:

    1. Proposed Intervenors' Motion to Intervene and to Stay Pursuant to the First to File Rule [DE 13];

    2. Matthew Thompson's Motion to Intervene [DE 56];

    3. Motion to Intervene of Putative Settlement Class Members Stephanie Hendricks, Anita Barrow, and Tammie Woolbright [DE 57];

    4.  Proposed Intervenors' Response to Order to Show Cause [DE 58].

**DONE and ORDERED** in Miami, Florida, this 20th day of October, 2020.

                                                                       _____
                                                                       RODNEY SMITH
                                                                       UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record