UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-60633-CIV-SMITH

VINCENT J. MORRIS, *et al.*,

    Plaintiffs,

v.

PHH MORTGAGE CORPORATION,

    Defendant.

_____/

## ORDER ON MOTIONS TO INTERVENE

This matter is before the Court on the Proposed Intervenors' Motion to Intervene and to Stay Pursuant to the First to File Rule [DE 13], Matthew Thompson's Motion to Intervene [DE 56], and the Motion to Intervene of Putative Settlement Class Members Stephanie Hendricks, Anita Barrow, and Tammie Woolbright [DE 57]. On October 29, 2020, the Court held a hearing on the Motions and heard arguments from the movants and the parties. For the reasons stated at the hearing, it is

**ORDERED** that:

1. Proposed Intervenors' Motion to Intervene and to Stay Pursuant to the First to File Rule [DE 13] is **DENIED** because Proposed Intervenors have no interest in the proposed settlement.

2. Matthew Thompson's Motion to Intervene [DE 56] is **GRANTED.**

3. The Motion to Intervene of Putative Settlement Class Members Stephanie Hendricks, Anita Barrow, and Tammie Woolbright [DE 57] is **GRANTED.**

4.	By **November 13, 2020**, Matthew Thompson, Stephanie Hendricks, Anita Barrow, and Tammie Woolbright shall file a **joint** opposition to the Plaintiffs' Motion for Preliminary Approval of Class Settlement and Certification of the Settlement Class.

5.	By **November 30, 2020**, Plaintiffs and Defendants may file a **joint** response.

6.	By **December 11, 2020**, Matthew Thompson, Stephanie Hendricks, Anita Barrow, and Tammie Woolbright may file a **joint** reply.

7.	The Court will **not** consider any motions for reconsideration of the Motions to Intervene.

DONE AND ORDERED in Fort Lauderdale, Florida this 29th day of October, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record