IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 60633-CIV-SMITH

VINCENT J. MORRIS, STEVEN SIMMONS,
YOLANDA UPTON, and MICHAEL LUZZI,
on behalf of themselves and all others similarly
situated,

        Plaintiffs,

v.

PHH MORTGAGE CORPORATION d/b/a
PHH MORTGAGE SERVICES, on its own
behalf and as successor by merger to OCWEN
LOAN SERVICING, LLC, a New Jersey
corporation, and OCWEN LOAN SERVICING,
LLC, a Florida Limited Liability Company,

        Defendants.
_____/

## REQUEST FOR HEARING

Pursuant to the Local Rule 7.1(b)(2), Intervenors, Stephanie Hendricks, Anita Barrow, Tammie Woolbright, and Matthew Thompson ("Intervenors"), request a hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, and Certification of the Settlement Class [ECF 46]. The grounds for this request are:

Plaintiffs' motion raises fact-intensive questions about whether the proposed settlement is fair, reasonable and adequate. Additionally, discourse with the Court will help illuminate the legal issues raised with respect to the proposed amendment of all class members' loans, the illusory nature of the proposed injunctive relief, as well as the adequacy and typicality of the Plaintiffs to represent the class members.

For these reasons, Intervenors believe a hearing will assist the Court's adjudication of Plaintiffs' motion, and they respectfully request the Court grant them an opportunity to present oral argument.

Dated:  December 11, 2020.

        Respectfully Submitted,

        BERGER SINGERMAN LLP
        1450 Brickell Avenue, Suite 1900
        Miami, Florida 33131
        Telephone: (305) 755-9500
        Facsimile:  (305) 714-4340

        By: */s/ Michael J. Higer*
            Michael J. Higer
            Florida Bar No. 500798
            mhiger@bergersingerman.com
            drt@bergersingerman.com
            cphillips@bergersingerman.com

        *Local Counsel for Intervenors*

        and

        BAILEY & GLASSER LLP
        1055 Thomas Jefferson Street NW
        Suite 540
        Washington, DC 20007
        Telephone: (202) 463-2101
        Facsimile:  (202) 342-2103
        Email: jkauffman@baileyglasser.com

        By: */s/James L. Kauffman, Esq.*
            James L. Kauffman, Esq.
            Florida Bar. No. 12915

Lee Lowther (*admitted pro hac vice*)
llowther@cbplaw.com
Randall K. Pulliam (*admitted pro hac vice*)
rpulliam@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th St.,

        Little Rock, Arkansas 72201
        Telephone: (501) 312-8500
        Facsimile: (501) 312-8505

        Darren R. Newhart, Esq.
        FL Bar No: 0115546
        E-mail: darren@newhartlegal.com
        NEWHART LEGAL, P.A.
        P.O. Box 1351
        Loxahatchee, FL 33470
        Telephone: (561) 331-1806
        Facsimile: (561) 473-2946

        *Counsel for Intervenors*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        By: */s/ Michael J. Higer*
              Michael J. Higer