UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-60633-CIV-SMITH

VINCENT J. MORRIS, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.

PPH MORTGAGE CORP.,

    Defendant.
_____/

**ORDER SETTING HEARING**

It is **ORDERED** that:

1. A telephonic hearing is set for **March 23 at 10:00 a.m.** on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Certification of the Settlement Class [DE 46]. To attend the hearing, counsel shall call the toll-free number 1-877-873-8018 from a landline phone five (5) minutes prior to the start of the hearing; enter Access Code Number 9406706 followed by the pound (#) sign; press the star key (*) to bypass the security code; and enter the conference and state your name and the name of the party you represent.

2. The parties may file a joint response to the Statement of Interest of the United States [DE 126] by **March 12, 2021.** The United States may file a reply by **March 17, 2021.**

3. At the hearing the Court will hear from the parties, the intervenors, the Attorneys General, and the United States.

**DONE and ORDERED** in Fort Lauderdale, Florida this 5th day of March, 2021.

*/s/ Rodney Smith*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record