**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO: 20-60633-CIV-SMITH

VINCENT J. MORRIS, STEVEN
SIMMONS, YOLANDA UPTON, and
MICHAEL LUZZI, on behalf of themselves
and all others similarly situated,

        Plaintiffs,

v.

PHH MORTGAGE CORPORATION d/b/a
PHH MORTGAGE SERVICES, on its own
behalf and as successor by merger to OCWEN
LOAN SERVICING, LLC, a New Jersey
Corporation, and OCWEN LOAN SERVICING,
LLC, a Florida Limited Liability
Company,

        Defendants.
_____/

## PLAINTIFFS' MOTION FOR STATUS CONFERENCE

Plaintiffs respectfully move this Court for a short telephonic or Zoom videoconference status conference. On April 7, 2021, Plaintiffs and Defendants (collectively, the "Parties") filed their joint motion seeking preliminary approval of an amended nationwide class action settlement. ECF No. 140 ("Motion for Preliminary Approval"). Various briefs were filed in opposition to the Motion for Preliminary Approval on April 21 and 22, 2021. ECF Nos. 142–144. The Parties filed their joint reply in support of the Motion for Preliminary Approval on April 30, 2021. ECF No. 149. Since then, other putative class actions pending around the country against these Defendants for similar claims have continued through litigation, with some courts entering stays of litigation pending the Court's decision on the Motion for Preliminary Approval. *See, e.g.,* ECF No. 150. Plaintiffs respectfully submit that a brief telephonic or Zoom videoconference status conference may be appropriate and helpful to the Court in adjudicating the Motion for Preliminary Approval. Plaintiffs' counsel certify that they have conferred with Defendants' counsel and state that Defendants do not oppose this requested relief.

**WHEREFORE**, Plaintiffs respectfully request that the Court set a telephonic or Zoom videoconference status conference to address the pending Motion for Preliminary Approval.

Dated: October 12, 2021

Respectfully submitted,

By: */s/ Adam M. Moskowitz*
Adam M. Moskowitz
(Fla. Bar No. 984280)
adam@moskowitz-law.com
Howard M. Bushman
(Fla. Bar No. 364230)
howard@moskowitz-law.com
Joseph M. Kaye
(Fla. Bar No. 117520)
joseph@moskowitz-law.com
Barbara C. Lewis
(Fla. Bar No. 118114)
barbara@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

By: */s/ Josh Migdal*
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
Josh Migdal, Esq.
Florida Bar No. 19136
josh@markmigdal.com
Yaniv Adar, Esq.
Florida Bar No. 63804
yaniv@markmigdal.com
eservice@markmigdal.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on the 12th day of October, 2021 and served by the same means on all counsel of record.

By: /s/ Adam Moskowitz