# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

VINCENT J. MORRIS, on behalf of himself
and others,

                Plaintiffs,

     v.

PHH MORTGAGE CORPORATION d/b/a
PHH MORTGAGE SERVICES,

                Defendants.
_____/

Case No. 20-cv-60633

## MEDIATOR'S REPORT

The Parties and their attorneys have been in discussion with the undersigned mediator since May 22, 2022 in a good faith attempt to resolve this matter. The parties were able to reach an agreement today and the case has now settled.

**I HEREBY CERTIFY** that on August 10, 2022, the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties.

                Respectfully submitted,

                John Thornton
                JAMS Mediator/Neutral

## SERVICE LIST

| | |
|---|---|
| Michael R. Pennington, Esq.<br>Zachary A. Madonia, Esq.<br>Bradley Arant Boult Cummings<br>One Federal Place<br>1819 5th Avenue N<br>Birmingham, AL 35203<br>P: 205-521-8000<br>F: 205-521-8800<br>E: mpennington@bradley.com<br>   zmadonia@bradley.com<br><br>*Counsel for Defendants* | Adam M. Moskowitz, Esq.<br>Joseph M. Kaye, Esq.<br>Howard M. Bushman, Esq.<br>Moskowitz Law Firm, P.A.<br>2 Alhambra Plaza<br>Ste 601<br>Miami, FL 33134<br>P: 305-740-1423<br>   Adam@moskowitz-law.com<br>   joseph@moskowitz-law.com<br>   Howard@moskowitz-law.com<br><br>*Counsel for Plaintiffs* |