**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 20-60633-CIV-SMITH**

VINCENT J. MORRIS, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.

PPH MORTGAGE CORP., *et al.*,

    Defendants.
_____/

**ORDER SETTING HEARING**

    It is **ORDERED that** a telephonic hearing is set for **December 19, 2022 at 11:00 a.m.** on the Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Certification of the Settlement Class [DE 178]. To attend the hearing, counsel shall call the toll-free number 1-877-873-8018 from a landline phone five (5) minutes prior to the start of the hearing; enter Access Code Number 9406706 followed by the pound (#) sign; press the star key (*) to bypass the security code; and enter the conference and state your name and the name of the party you represent.

    **DONE and ORDERED** in Fort Lauderdale, Florida this 17th day of November, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record