IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 60633-CIV-SMITH

VINCENT J. MORRIS, STEVEN SIMMONS,
YOLANDA UPTON, and MICHAEL LUZZI,
on behalf of themselves and all others similarly
situated,

        Plaintiffs,

v.

PHH MORTGAGE CORPORATION d/b/a
PHH MORTGAGE SERVICES, on its own
behalf and as successor by merger to OCWEN
LOAN SERVICING, LLC, a New Jersey
corporation, and OCWEN LOAN SERVICING,
LLC, a Florida Limited Liability Company,

        Defendants.

_____/

## INTERVENORS' NOTICE OF WITHDRAWAL

Intervenors Anita Barrow, Stephanie Hendricks, Tammie Woolbright, and Matthew Thompson, respectfully withdraw from this action. As a result of the revised definition of the settlement class, the reason the parties were granted leave to intervene no longer exists. Moreover, intervenors Barrow, Hendricks, and Woolbright are members of a putative settlement class against Defendant that is pending preliminary approval in the United States District Court for the Southern District of Texas. Therefore, intervenors respectfully withdraw their motion to intervene and take no position on the Motion to Approve the Settlement here.

Dated:  December 15, 2022.

Respectfully Submitted,

BAILEY & GLASSER LLP
1055 Thomas Jefferson Street NW
Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 342-2103
Email: jkauffman@baileyglasser.com

By: */s/ James L. Kauffman, Esq.*
     James L. Kauffman, Esq.
     Florida Bar. No. 12915


Lee Lowther (*admitted pro hac vice*)
llowther@cbplaw.com
Randall K. Pulliam (*admitted pro hac vice*)
rpulliam@cbplaw.com
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th St.,
Little Rock, Arkansas 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

Darren R. Newhart, Esq.
FL Bar No: 0115546
E-mail: darren@newhartlegal.com
NEWHART LEGAL, P.A.
P.O. Box 1351
Loxahatchee, FL 33470
Telephone: (561) 331-1806
Facsimile: (561) 473-2946

*Counsel for Intervenors*


and


BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, Florida 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: */s/ Michael J. Higer*
Michael J. Higer
Florida Bar No. 500798
mhiger@bergersingerman.com
drt@bergersingerman.com
cphillips@bergersingerman.com

*Local Counsel for Intervenors*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 15, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: */s/ James L. Kauffman*
James L. Kauffman